UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| J.C., a minor, and PAMELA CRENSHAW, )<br>Individually, and as parent and guardian of J.C., )<br>           )<br>     Plaintiffs,     )<br>  v.        )     1:06-cv-0017-LJM-VSS<br>           )<br>INDIANAPOLIS PUBLIC SCHOOLS BOARD OF )<br>SCHOOL COMMISSIONERS; INDIANAPOLIS  )<br>PUBLIC SCHOOLS; JOHN L. STIEGELMEYER, )<br>in his capacity as a safety officer for Indianapolis  )<br>Public Schools; INDIANAPOLIS PUBLIC  )<br>SCHOOLS, School Police; SERGEANT AKERS, )<br>in his capacity as a safety officer for Indianapolis  )<br>Public Schools; MISS PERRY, individually and as )<br>Dean of Girls Arsenal Technical High School;  )<br>PEGGY B. CLARKE, Individually and in capacity  )<br>as Principal of Arsenal Technical High School; )<br>ISAAC GRAYSON; UNKNOWN FEMALE  )<br>TEACHER/CAFETERIA MONITOR, for  )<br>Indianapolis Public Schools, and UNKNOWN  )<br>MALE TEACHER/CAFETERIA MONITOR, for  )<br>Indianapolis Public Schools.     )<br>           )<br>     Defendants.     ) | |

**ORDER ON IPS DEFENDANTS' MOTION TO DISMISS ISAAC GRAYSON**

This matter comes before the Court on Defendants', Indianapolis Public Schools Board of School Commissioners, John L. Stiegelmeyer, Sergeant John Akers, Sandra Petty, and Peggy B. Clarke (collectively "IPS"), Motion to Dismiss Plaintiffs', J.C. and Pamela Crenshaw (collectively "Plaintiffs") claims against Isaac Grayson, pursuant to Federal Rule of Civil Procedure 4(m) ("Rule 4(m)").

Rule 4(m) allows for dismissal of a defendant "[i]f service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint." Fed. R. Civ. P. 4(m). Defendants requested an admission, pursuant to Fed. R. Civ. P. 36, from Plaintiffs that service had not

been perfected upon Defendant Grayson as of June 12, 2006.  Def.s' Exh. A.  Pursuant to Rule 36, the matter was admitted upon Plaintiffs' failure to timely respond to this request.  *F.T.C. v. World Media Brokers*, 415 F.3d 758, 766 (7th Cir. 2005).  Further, Plaintiffs have not responded to IPS's Motion to Dismiss.  Therefore, because Plaintiff's Complaint was filed on January 6, 2006, and because Plaintiffs have admitted that Defendant Isaac Grayson has not been served with a summons and the complaint, the Court finds that IPS's Motion to Dismiss Isaac Grayson should be granted.

## CONCLUSION

Therefore, the Court **GRANTS** IPS's Motion to Dismiss Isaac Grayson as a Defendant in this case, without prejudice.

IT IS SO ORDERED this 18th day of October, 2006.

_____
LARRY J. McKINNEY, CHIEF JUDGE
United States District Court
Southern District of Indiana

Distributed electronically to:

Robert Eugene Feagley II
LEE COSSELL KUEHN & LOVE LLP
bfeagley@nleelaw.com

Nathaniel Lee
LEE COSSELL KUEHN & LOVE LLP
nlee@nleelaw.com

Yvonne Ferguson-Watkins
FERGUSON-WATKINS & ASSOCIATES
fwalaw@aol.com

Caren L. Pollack
MANDEL POLLACK & HORN
cpollack@mplaw.net